**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ISABEL RODRIGUEZ,

                 Plaintiff,                       19 **CIVIL** 6855 (VSB) (JLC)

       -against-                       **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                    Defendant.
-------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Order dated August 7, 2020, Magistrate Judge Cott's Report and Recommendation is adopted in its entirety, and the Commissioner's motion for judgment on the pleadings is denied, the Plaintiff's cross-motion for judgment on the pleadings is granted, and this case is remanded to the ALJ; accordingly, this case is closed.

**Dated:**  New York, New York
           August 10, 2020

                                                 **RUBY J. KRAJICK**
                                               _____
                                                **Clerk of Court**
                                     **BY:**
                                                   **Deputy Clerk**